*Thomas F Stabosz*  FILED  09-54051

2010 JUL -6 PM 2:13

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 3 | Recovery Management Systems Corporation | $ 12,386.19 | $ 245.33 |
| 4 | Recovery Management Systems Corporation | $ 3,560.54 | $ 70.52 |
| 5 | RBS Citizens | $ 2,847.76 | $ 56.40 |
| 6 | Atlas Acquisitions LLC | $ 33,454.73 | $ 662.62 |
| 7 | Chase Bank USA NA | $ 12,303.28 | $ 243.68 |
| 8 | Chase Bank USA NA | $ 14,868.32 | $ 294.49 |
| 9 | Fia Card Services, NA/Bank of America | $ 4,411.30 | $ 87.37 |
| 10 | Verizon Wireless | $ 173.66 | $ (3.44) |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

*ck #1012*
*receipt # 81583*

UST Form 101-7-TFR (9/1/2009) (Page: 10)
09-54051-mss   Doc 25   FILED 05/26/10   ENTERED 05/26/10 10:12:56   Page 10 of 11
09-54051-mss   Doc 31   FILED 07/06/10   ENTERED 07/06/10 15:44:56   Page 1 of 1